# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

HONORABLE: D. GORDON BRYANT, JR.  PRESIDING

DEPUTY CLERK: DDDAVIS  COURT REPORTER/TAPE NUMBER: MECHELLE DANIEL

LAW CLERK: N/A  USPO: PAULMICHAEL LUCERO

INTERPRETER: N/A  Date: Jul 11, 2018

Cr. No. 5:18-CR-00059-C-BQ  DEFT. No. 1

UNITED STATES OF AMERICA
V.
DERRICK ALAN THOMAS
Defendant's Name

RUSSELL LORFING for JEFFREY HAAG, AUSA
SARAH GUNTER (FPD)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 110:00-10:17 (17min)

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [x] None

Days in Trial:

Hearing Concluded: [x] Yes [ ] No

- [x] Defendant SWORN.
- [ ] Arraignment  [x] Rearraignment - Held on count(s) 1
- of the 1 count(s) [ ] Indictment [x] Information [ ] Superseding Indictment [ ] Complaint [ ] Superseding Information
- [ ] Sentencing Guidelines
- [x] Deft enters a plea of  [ ] Not Guilty  [x] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [x] Waiver of Indictment filed
- [x] Plea Agreement accepted  [ ] Court defers acceptance of Plea Agreement
- [x] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [x] Factual Resume filed.
- [ ] Sentencing set  Date:  Time:
- [ ] Trial set for  Date:  Time:
- Pretrial motions due:  Discovery motions/Government Responses due:
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed.  PSI due:  Pre-sentence Referral Form to:
- [ ] Deft Bond  [ ] Set  [ ] reduced to $  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [x] Deft Custody/Detention continued.
- [x] Deft REMANDED to custody.

OTHER PROCEEDINGS: Arraigned & Rearraigned on the INFORMATION filed 7/2/18. Plea docs signed, Waiver & Consent signed. Essential elements of the chrgs/penalties read. Plead Guilty to Ct. 1. MJ recommends Guilty Plea be accepted, Order of Recommendation to be entered. 14-days to object. Probation will prepare a PSReport upon acceptance of the plea. The Dist. Judge will enter Orders accepting Plea & setting Sentencing. Deft is remanded to custody.