IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 5:18-CR-059-01-C |
| | ) ECF |
| DERRICK ALAN THOMAS | ) |

### ORDER

Came on for consideration Defendant's Motion for Discovery and Inspection and Motion for Discovery and Inspection Under Rule 16(a)(1)(G). The Court having considered the motions is of the opinion that, with the exception of paragraphs concerning informants, which are hereby **DENIED**, the motions should be **GRANTED** to the extent that the Government must comply with the mandates of Rule 16, Federal Rules of Criminal Procedure, together with the cases of *Brady v. Maryland* and *Giglio v. United States*, and their progeny, and Rule 404(b), Federal Rules of Evidence. The Government should make discovery and give inspection within five (5) days from the date hereof.

SO ORDERED.

Dated July 17, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE