IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 5:18-CR-059-01-C |
| | ) | ECF |
| DERRICK ALAN THOMAS | ) | |

## ORDER

Came on for consideration Defendant's Discovery Motion - Extraneous Acts. The Court having considered the motion is of the opinion that same should be **GRANTED**.

SO ORDERED.

Dated July 17, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE