IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 5:18-CR-059-01-C |
| | ) | ECF |
| DERRICK ALAN THOMAS | ) | |

## ORDER

The Court having considered Defendant's Motion to Dismiss the Indictment as it is Based on an Unconstitutional Statute and for Failure to State a Federal Offense, for Lack of Federal Jurisdiction filed July 13, 2018, is of the opinion that the same should be **DENIED**.

SO ORDERED.

Dated July 17, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE