IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 5:18-CR-059-01-C |
| | ) ECF |
| DERRICK ALAN THOMAS | ) |

## ORDER

The probation officer shall complete and disclose the presentence report within forty-five (45) working days of the date of this order.

If restitution is applicable pursuant to 18 U.S.C. §§ 3663 and 64, counsel for the Government shall provide to the probation officer, no later than five (5) days from the date of this order, all information necessary for the officer to comply with crime victims restitution requirements.

SO ORDERED.

Dated July 25, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE